IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NIKHAL STEELE,

          *Plaintiff,*

*v.*                                      CAUSE NO. 3:22-CV-417-CWR-FKB

HOLMES COUNTY
CONSOLIDATED SCHOOL
DISTRICT, et al.,

          *Defendants.*

## ORDER

Before the Court are the Defendants' *Motion for Summary Judgment* and the Plaintiff's response. Docket Nos. 21 and 25. Upon review, the motion will be granted.

The Plaintiff, Nikhal Steele, is a former employee of the Defendant Holmes County Consolidated School District. Docket No. 9 at 3. On July 26, 2021, Steele was terminated by the School District after she allegedly failed to provide documentation of her positive COVID-19 test results. *Id*. at 5. Steele commenced this suit against the School District, raising Family and Medical Leave Act ("FMLA") interference and retaliation claims, breach of contract claims, and negligence claims. *Id*. 6-12.

The Defendants filed the present motion asserting that the Plaintiff's breach of contract and negligence claims fail as a matter of law. Docket No. 22 at 3. The Plaintiff does not oppose the motion. Docket No. 25.

Accordingly, the Defendants' *Motion for Summary Judgment* is **GRANTED** with respect to the Plaintiff's breach of contract and negligence claims. The Plaintiff's FMLA interference and retaliation claims will remain.

**SO ORDERED**, this the 19th day of April, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE